IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY W. RITZ, JR.,

    Plaintiff,

v.                                   CASE NO. 4:12cv200-RH/GRJ

JOHN DOE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No 7. No objections have been filed.

The report and recommendation concludes that the case should be dismissed without prejudice based in part on the plaintiff's failure to disclose prior lawsuits as required by this district's standard prisoner civil-rights complaint form. As the cases cited in the report and recommendation—and many others—make clear, dismissal without prejudice is not too severe a sanction under these circumstances. If the form is to serve its purpose, a plaintiff must provide accurate information. If word got around the prisons that inaccurate or incomplete information could be

provided with no effective sanction, the form would serve little purpose. And word does get around the prisons.

For these reasons, and the additional reasons set out in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on June 23, 2012.

s/Robert L. Hinkle
United States District Judge